IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

TOUR TECHNOLOGY SYSTEMS, LLC,

        Plaintiff,

   v.

VIRTUAL MEDIA 360, LLC, DOES 1 TO 10,

        Defendants.

---

Case No. 2:15-cv-06456-WFK-GRB

**CONSENT DECREE**

Plaintiff TOUR TECHNOLOGY SYSTEMS, LLC and Defendants Virtual Media 360, LLC and Spinattic, LLC hereby stipulate to the entry of this permanent injunction and to the dismissal of this entire action with prejudice.

Statement of Facts

Plaintiff TOUR TECHNOLOGY SYSTEMS, LLC, a limited liability company organized and existing under the laws of Delaware with its principal place of business in Queens, New York, having commenced this action for infringement, injunctive relief, and other relief against Defendants Virtual Media 360, LLC, a New York limited liability company and Spinattic, LLC, a Delaware limited liability company, both having a place of business at 11 Sanford Street, Glens Falls, New York 12801.

In the complaint for this action, TOUR TECHNOLOGY SYSTEMS, LLC alleged that Virtual Medial 360, LLC and Spinattic, LLC infringed the '400 Patent through presentation and/or production of 360° virtual tour content for their clients.

The parties have stipulated to the entry of this order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.    This Court has jurisdiction over the subject matter of this action and over the parties.

    2.    Defendants Virtual Media 360, LLC and Spinattic, LLC, its corporate parents, subsidiaries, directors, officers, agents, servants, employees and representatives, and persons

acting in concert or participation with them are permanently enjoined and restrained from infringing, from inducing infringement and from contributorily infringing the '400 Patent in accordance with the agreement between the parties.

3. TOUR TECHNOLOGY SYSTEMS, LLC is the owner by assignment of United States Patent No. 6,754,400 ("the '400 Patent") which is valid and subsisting.

4. The 360° virtual tour content complained of in the complaint infringes the '400 Patent.

5. This action is dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

6. The foregoing reflects a settlement of this action pursuant to the terms of a separate settlement agreement between the parties.

7. Final judgment is hereby entered in favor of Plaintiffs and it is further

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to the extent necessary to enforce this Injunction, the settlement agreement between the parties and to determine any issues that may arise thereunder.

SO ORDERED                                  Dated: _____

_____
U.S.D.J.

Consented to:

TOUR TECHNOLOGY SYSTEMS, LLC,            VIRTUAL MEDIA 360, LLC and
                                          SPINATTIC, LLC

By: _____[signature]_____                 By: _____[signature: Rebecca M Smith]_____
Anthony H. Handal                         Rebecca Smith
83 East Avenue, Suite 308                 General Manager
Norwalk, CT 06851                         Virtual Media 360, LLC and
(917) 880-0811                            Spinattic, LLC
Handal@HandalGlobal.com

Dated: 10/11/16                           Dated: 10/7/16

2